IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


SALENA OSLAN                  :        CIVIL ACTION
                              :
             v.               :
                              :
PLAZA ASSOCIATES              :        NO. 02-2720


<u>O R D E R</u>


AND NOW, this 3rd day of September, 2002, upon review
of the record, the Court notes that service of the Complaint was
made by certified mail upon Defendant on July 24, 2002.   The
court further notes that a pleading has not been filed in the
above captioned action in response to the Complaint.  If a
Request for Default is not filed by September 17, 2002, the Court
may enter an Order dismissing the case against the above named
Defendants for lack of prosecution.


BY THE COURT:


_____
JOHN R. PADOVA, J.